UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID TODD BENNET, SR.,

      Plaintiff,                         Case No. 14-14628

                                       Paul D. Borman
v.                                    United States District Judge

                                       R. Steven Whalen
ADAM KANDULSKI, M.D., et al.,       United States Magistrate Judge

      Defendants.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE R. STEVEN WHALEN'S
FEBRUARY 8, 2016 REPORT AND RECOMMENDATION (ECF NO. 23), (2)
GRANTING DEFENDANTS KANDULSKI, BUSKIRK AND LACYS' MOTION TO
DISMISS (ECF NO. 14), (3) DISMISSING THE CASE WITH PREJUDICE AND (4)
VACATING THE COURT'S APRIL 9, 2012 ORDER OF REFERENCE
TO MAGISTRATE JUDGE WHALEN (ECF NO. 15)

     On February 8, 2016, Magistrate Judge R. Steven Whalen entered a Report and Recommendation (ECF No. 23) to Grant Defendants Kandulski, Buskirk and Lacys' Motion to Dismiss (ECF No. 14) and to Dismiss this action with prejudice. Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Defendants Kandulski, Buskirk and Lacys' Motion to Dismiss and DISMISSES this action WITH PREJUDICE.

1

2:14-cv-14628-PDB-RSW   Doc # 24   Filed 02/29/16   Pg 2 of 2   Pg ID 144

The Court further VACATES its April 10, 2015 Order referring all pretrial matters in this case to Magistrate Judge R. Steven Whalen.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 29, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 29, 2016.

s/Deborah Tofil
Case Manager